

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2013

No. 04-12-00395-CV

**IN THE INTEREST OF C.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-13517
Dick Alcala, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena O. Chapa, Justice

On November 7, 2012, this court issued an opinion dismissing this appeal for want of jurisdiction. Appellant timely filed a motion for rehearing asserting that the appeal should not have been dismissed because the October 31, 2012 order is a final, appealable order.

Appellant's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3 ("A motion for rehearing may be granted by a majority of the justices who participated in the decision of the case. Otherwise, it must be denied.").

However, we construe Appellant's notice of appeal as prematurely filed for the final order dated October 31, 2012. Therefore, *sua sponte*, we WITHDRAW our opinion and judgment of November 7, 2012, in this appeal and REINSTATE this appeal on the court's docket.

The clerk's and reporter's records have been filed. A supplemental clerk's record containing a copy of the October 31, 2012 order has also been filed. *See id.* R. 34.5(c)(1). Appellant's brief is due thirty days from the date of this order. *See id.* R. 38.6(a).

**PER CURIAM**

ATTESTED TO: _____
           Keith E. Hottle, Clerk of Court



February 27, 2013

No. 04-12-00395-CV

**IN THE INTEREST OF C.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-13517
Dick Alcala, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena O. Chapa, Justice

On November 7, 2012, this court issued an opinion dismissing this appeal for want of jurisdiction. Appellant timely filed a motion for rehearing asserting that the appeal should not have been dismissed because the October 31, 2012 order is a final, appealable order.

Appellant's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3 ("A motion for rehearing may be granted by a majority of the justices who participated in the decision of the case. Otherwise, it must be denied.").

However, we construe Appellant's notice of appeal as prematurely filed for the final order dated October 31, 2012. Therefore, *sua sponte*, we WITHDRAW our opinion and judgment of November 7, 2012, in this appeal and REINSTATE this appeal on the court's docket.

The clerk's and reporter's records have been filed. A supplemental clerk's record containing a copy of the October 31, 2012 order has also been filed. *See id.* R. 34.5(c)(1). Appellant's brief is due thirty days from the date of this order. *See id.* R. 38.6(a).

**PER CURIAM**

ATTESTED TO:_/S/ Keith E. Hottle
                   Keith E. Hottle, Clerk of Court

ENTERED THIS 27TH DAY OF February, 2013.

VOL. _____ PAGE _____